## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 652 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DAWUD ABDUL-HAKIM, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Dougherty did not participate in the consideration or decision of this matter.